IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **THE CHARTER OAK FIRE INSURANCE COMPANY, et al.,**  Plaintiffs  v.  **AMERICAN CAPITAL, LTD., et al.,**  Defendants | **MISC. NO. 1:12-mc-00358**  **Judge Sylvia H. Rambo** |

# O R D E R

In accordance with the attached memorandum of law, **IT IS HEREBY ORDERED THAT** the Joint Motion of Non-Parties Wasko and Rohm To Quash Subpoenas and Motion for Protective Order (Doc. 1) is **DENIED** in its entirety.

**IT IS FURTHER ORDERED THAT** Plaintiffs' Motion To Compel Compliance with Subpoena (Doc. 4) is **GRANTED IN PART** and **DENIED IN PART** as follows:

1. Plaintiffs' motion is **GRANTED** to the extent that Mr. Wasko and Ms. Rohm shall respond to the subpoena.
2. Plaintiffs' motion is **DENIED** to the extent that it requests a deadline of November 21, 2012, for the taking of Mr. Wasko and Ms. Rohm's depositions.

No further relief is granted at this time.

s/Sylvia H. Rambo
United States District Judge

Dated: November 19, 2012.